# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: FRIESON, DIANA                               § Case No. 13-35091
                                                    §
                                                    §
Debtor(s)                                           §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ILENE F. GOLDSTEIN AS TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $76,600.00                         Assets Exempt: $21,500.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $4,209.07           Claims Discharged
                                                     Without Payment: $0.00

Total Expenses of Administration: $42,400.95

3) Total gross receipts of $ 83,942.51 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 37,332.49 (see **Exhibit 2**), yielded net receipts of $46,610.02 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 42,400.95 | 42,400.95 | 42,400.95 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 4,209.07 | 4,209.07 | 4,209.07 |
| **TOTAL DISBURSEMENTS** | $0.00 | $46,610.02 | $46,610.02 | $46,610.02 |

4) This case was originally filed under Chapter 7 on September 03, 2013. The case was pending for 15 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/05/2014          By: /s/ILENE F. GOLDSTEIN AS TRUSTEE
                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Lawsuit | 1129-000 | 83,942.51 |
| **TOTAL GROSS RECEIPTS** | | **$83,942.51** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Diana Frieson | Exemption | 8100-002 | 15,000.00 |
| FRIESON, DIANA | Dividend paid 100.00% on $22,332.49; Claim# SURPLUS; Filed: $22,332.49; Reference: | 8200-002 | 22,332.49 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$37,332.49** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ILENE F. GOLDSTEIN AS TRUSTEE | 2100-000 | N/A | 5,411.00 | 5,411.00 | 5,411.00 |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 3110-000 | N/A | 3,290.00 | 3,290.00 | 3,290.00 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 3120-000 | | N/A | 15.68 | 15.68 | 15.68 |
| Salvi & Maher, L.L.C. | 3210-600 | | N/A | 33,333.33 | 33,333.33 | 33,333.33 |
| Salvi & Maher, L.L.C. | 3220-610 | | N/A | 280.12 | 280.12 | 280.12 |
| Rabobank, N.A. | 2600-000 | | N/A | 70.82 | 70.82 | 70.82 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | N/A | $42,400.95 | $42,400.95 | $42,400.95 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 196.11 | 196.11 | 196.11 |
| 1I | Capital One Bank (USA), N.A. | 7990-000 | N/A | 0.24 | 0.24 | 0.24 |
| 2 | Capital Recovery V, LLC | 7100-000 | N/A | 1,518.99 | 1,518.99 | 1,518.99 |
| 2I | Capital Recovery V, LLC | 7990-000 | N/A | 1.83 | 1.83 | 1.83 |
| 3 | Capital Recovery V, LLC | 7100-000 | N/A | 2,488.89 | 2,488.89 | 2,488.89 |
| 3I | Capital Recovery V, LLC | 7990-000 | N/A | 3.01 | 3.01 | 3.01 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $4,209.07 | $4,209.07 | $4,209.07 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-35091  
**Case Name:** FRIESON, DIANA

**Trustee:** (330290)   ILENE F. GOLDSTEIN AS TRUSTEE  
**Filed (f) or Converted (c):** 09/03/13 (f)  
**§341(a) Meeting Date:** 10/17/13

**Period Ending:** 12/05/14  
**Claims Bar Date:** 05/07/14

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 Location: 1018 Highland Avenue, Waukegan, 60085<br>Imported from original petition Doc# 1 | 70,000.00 | 0.00 | | 0.00 | FA |
| 2 Chase Bank checking Account<br>Imported from Amended Doc#: 10 | 200.00 | 0.00 | | 0.00 | FA |
| 3 Miscellaneous furniture<br>Imported from Amended Doc#: 10 | 300.00 | 0.00 | | 0.00 | FA |
| 4 Clothes, shoes and coats<br>Imported from Amended Doc#: 10 | 100.00 | 0.00 | | 0.00 | FA |
| 5 Lawsuit<br>Imported from Amended Doc#: 10 | Unknown | 0.00 | | 83,942.51 | FA |
| 6 2004 Nissan Murano - 150,00 miles<br>Imported from Amended Doc#: 10 | 6,000.00 | 100.00 | | 0.00 | FA |
| 6 Assets   Totals (Excluding unknown values) | **$76,600.00** | **$100.00** | | **$83,942.51** | **$0.00** |

**Major Activities Affecting Case Closing:**

Status: The Trustee is evaluating a personal injury Law suit. She has made contact with the current PI lawyer and is gathering valuation and information.

**Initial Projected Date Of Final Report (TFR):**   December 31, 2015   **Current Projected Date Of Final Report (TFR):**   December 31, 2015

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 13-35091  
**Case Name:** FRIESON, DIANA  
**Taxpayer ID #:** **-***5772  
**Period Ending:** 12/05/14  

**Trustee:** ILENE F. GOLDSTEIN AS TRUSTEE (330290)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5366 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/10/14 | {5} | Country Insurance | Settlement | 1129-000 | 83,942.51 | | 83,942.51 |
| 07/21/14 | 101 | Salvi & Maher, L.L.C. | Special Counsel Fees | 3210-600 | | 33,333.33 | 50,609.18 |
| 07/21/14 | 102 | Salvi & Maher, L.L.C. | Special Counsel Expenses | 3220-610 | | 280.12 | 50,329.06 |
| 07/21/14 | 103 | Diana Frieson | Exemption | 8100-002 | | 15,000.00 | 35,329.06 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 70.82 | 35,258.24 |
| 09/17/14 | 104 | ILENE F. GOLDSTEIN AS TRUSTEE | Dividend paid 100.00% on $5,411.00, Trustee Compensation;  Reference: | 2100-000 | | 5,411.00 | 29,847.24 |
| 09/17/14 | 105 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $15.68, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 15.68 | 29,831.56 |
| 09/17/14 | 106 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $3,290.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 3,290.00 | 26,541.56 |
| 09/17/14 | 107 | Capital One Bank (USA), N.A. | Dividend paid 100.00% on $196.11; Claim# 1; Filed: $196.11; Reference: | 7100-000 | | 196.11 | 26,345.45 |
| 09/17/14 | 108 | Capital Recovery V, LLC | Dividend paid 100.00% on $1,518.99; Claim# 2; Filed: $1,518.99; Reference: | 7100-000 | | 1,518.99 | 24,826.46 |
| 09/17/14 | 109 | Capital Recovery V, LLC | Dividend paid 100.00% on $2,488.89; Claim# 3; Filed: $2,488.89; Reference: | 7100-000 | | 2,488.89 | 22,337.57 |
| 09/17/14 | 110 | Capital One Bank (USA), N.A. | Dividend paid 100.00% on $0.24; Claim# 1I; Filed: $0.24; Reference: | 7990-000 | | 0.24 | 22,337.33 |
| 09/17/14 | 111 | Capital Recovery V, LLC | Dividend paid 100.00% on $1.83; Claim# 2I; Filed: $1.83; Reference: | 7990-000 | | 1.83 | 22,335.50 |
| 09/17/14 | 112 | Capital Recovery V, LLC | Dividend paid 100.00% on $3.01; Claim# 3I; Filed: $3.01; Reference: | 7990-000 | | 3.01 | 22,332.49 |
| 09/17/14 | 113 | FRIESON, DIANA | Dividend paid 100.00% on $22,332.49; Claim# SURPLUS; Filed: $22,332.49; Reference: | 8200-002 | | 22,332.49 | 0.00 |

|  |  | ACCOUNT TOTALS | 83,942.51 | 83,942.51 | $0.00 |
|---|---|---|---|---|---|
|  |  | Less: Bank Transfers | 0.00 | 0.00 | |
|  |  | **Subtotal** | 83,942.51 | 83,942.51 | |
|  |  | Less: Payments to Debtors | | 37,332.49 | |
|  |  | **NET Receipts / Disbursements** | **$83,942.51** | **$46,610.02** | |

{} Asset reference(s)

Printed: 12/05/2014 02:00 PM     V.13.15

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 13-35091  
**Case Name:** FRIESON, DIANA  

**Taxpayer ID #:** **-***5772  
**Period Ending:** 12/05/14  

**Trustee:** ILENE F. GOLDSTEIN AS TRUSTEE (330290)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5366 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | Net Receipts :    83,942.51<br>Less Payments to Debtor :    37,332.49<br>―――――――<br>Net Estate :    $46,610.02 | **TOTAL - ALL ACCOUNTS**<br>**Checking # ******5366** | | Net<br>Receipts<br><br>83,942.51<br>―――――<br>$83,942.51 | Net<br>Disbursements<br><br>46,610.02<br>―――――<br>$46,610.02 | Account<br>Balances<br><br>0.00<br>―――――<br>$0.00 |

{} Asset reference(s)

Printed: 12/05/2014 02:00 PM    V.13.15